387 A.2d 121

Markus, et al. v. The Cannstatter-Volkvest-Verein, Appellant, et al.

Argued December 12, 1977. Joseph S. Bekelja, with him Frank, Margolis, Edelstein and Scherlis, for appellant; D. Smith, with him Dennis R. Suplee, for appellees; James M. Penny, Jr., Deputy City Solicitor, with him Sheldon L. Albert, City Solicitor, for appellee, City of Philadelphia, Additional Defendant.

Order affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.